UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


FEDERAL DEPOSIT INSURANCE CORPORATION,
In its Capacity as Receiver for Netbank, FSB,

       Plaintiff,

                                        Case No. 07-14045

-vs-                                      HON. AVERN COHN

HOME CONNECTION MORTGAGE, INC., et al.,

       Defendants.

_____/

## ORDER REGARDING PAYMENT TO MEDIATOR

On June 26, 2008, the Court entered an order and a supplement as follows:

1.      Order Staying Action Pending Settlement Conference and
         Appointing a Mediator (Dkt. # 81);

2.      Protocols For Settlement Conference (Dkt. # 82) (Protocols).

         Paragraph 8 of the Protocols states:

         The costs and expenses of the mediator shall be shared by
         the parties (one-half to be paid by plaintiff, and one-half by
         the defendants).  The allocation to defendants shall be
         determined by the Court as recommended by the mediator, it
         being acknowledged that not all of the defendants have the
         same degree of potential liability or the same financial
         resources.

The mediator has submitted a Report on Settlement Negotiations and

recommends payment for his services by the parties as follows:

| | |
|---|---|
| The Valuation Group | $ 2,197.50 |
| Manzo Title | $ 1,428.75 |
| Colonial Title | $ 2,988.75 |
| FDIC | $10,485.00 (plus $14.00 in disbursements) |

The Court is satisfied that the amounts requested are reasonable.  Accordingly,

the mediator's recommendation is adopted and the mediator shall be paid his services

and expenses as noted above.

SO ORDERED.

Dated:  January 22, 2009                  s/Avern Cohn                                        
                                                    AVERN COHN
                                                    UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of
record on this date, January 22, 2009, by electronic and/or ordinary mail.


                                                    s/Julie Owens                                   
                                                    Case Manager, (313) 234-5160