UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FEDERAL DEPOSIT INSURANCE CORPORATION**,
In its Capacity as Receiver For NetBank, FSB,

    Plaintiff,   Case No.: 07-cv-14045

-vs-   Honorable Avern Cohn

**HOME CONNECTION MORTGAGE, INC.**, et al.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND ENTER JUDGMENT AGAINST DEFENDANT SCOTT STEINER

Upon consideration of Plaintiff's Motion to Enforce Settlement Agreement and Enter Judgment Against Defendant Scott Steiner, accompanying memorandum in support, and any opposition thereto, it is HEREBY ORDERED:

1. That Plaintiff's Motion to Enforce Settlement Agreement and Enter Judgment Against Defendant Scott Steiner is HEREBY GRANTED; and

2. Judgment against Defendant Scott Steiner in favor of the Plaintiff shall be entered in the following amounts:

    a.   $50,000.00 principal;

    b.   $7,544.99 pre-judgment interest ;

    c.   $4,128.00 attorney's fees; and

    d.   Post-judgment interest at the legal rate.

**DONE AND ORDERED** this 7th day of December, 2011.

                                        s/Avern Cohn_____
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE