UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FEDERAL DEPOSIT INSURANCE CORPORATION**,
In its Capacity as Receiver For NetBank, FSB,

    Plaintiff,                                     Case No.: 07-cv-14045

-vs-                                            Honorable Avern Cohn

**HOME CONNECTION MORTGAGE, INC.**, et al.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR CONSENT JUDGMENT AS TO DEFENDANT MARIO LALIOS

Upon consideration of Plaintiff's Motion for Consent Judgment as to Defendant Mario Lalios, accompanying memorandum in support, and any opposition thereto, it is HEREBY ORDERED:

1. That Plaintiff's Motion for Consent Judgment as to Defendant Mario Lalios is HEREBY GRANTED; and

2. Judgment against Defendant Mario Lalios in favor of the Plaintiff shall be entered in the following amounts:

    a. $800,000.00 principal;

    b. $211,060.71 pre-judgment interest ;

    c. $3,639.00 attorney's fees; and

    d. Post-judgment interest at the legal rate.

**DONE AND ORDERED** this 7th day of December, 2011.

                                                    s/Avern Cohn
                                                    AVERN COHN
                                                    UNITED STATES DISTRICT JUDGE